UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH, Plaintiffs, v. JONATHAN HOBBS, et al., Defendants. | No. 2:25-cv-2402-DAD-CKD (PS) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND (Doc. Nos. 2, 4) |

Plaintiff initiated this civil action by filing a complaint on August 22, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On September 24, 2025, the assigned magistrate judge reviewed plaintiff's application to proceed *in forma pauperis* and found it to be incomplete. (Doc. No. 4 at 1–2.) In addition, the magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to state a claim upon which relief could be granted, failed to establish the court's subject matter jurisdiction, merely repeated claims plaintiff had unsuccessfully litigated in the past in this court, and was frivolous. (*Id.* at 2–3.) Accordingly, the magistrate judge recommended that this action

/////

be dismissed without leave to amend for failure to state a cognizable claim and as frivolous and that plaintiff's motion to proceed *in forma pauperis* be denied. (*Id.* at 3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3–4.) On October 9, 2025, plaintiff filed objections to the findings and recommendations in which he argues that the allegations of his complaint, even if "sketchy," are sufficient to state a claim and that, in any event, he should be granted leave to amend. (Doc. No. 5.) The court does not find that the objections provide any valid basis for rejecting the pending findings and recommendations. In addition, the undersigned finds that the pleading deficiencies and litigation history noted by the magistrate judge in the pending findings and recommendations establish that the granting of leave to amend in this case would be futile.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 24, 2025 (Doc. No. 4), are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED.
3. Plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE